UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


DENISE A. GARRETTE,

    Plaintiff,


vs.                                                  CASE NO. 8:11-CIV-1600-T-17-TGW


HONORABLE JUDGE GILBERT SMITH,
JR., JOHN M. BRYNE, ASSISTANT STATE
ATTORNEY, JESSICA CASCIOLA, PUBLIC
DEFENDER, DEPUTY THOMAS FRANKLIN
BADGE #110825 and DEPUTY BENJAMIN
GONDECK BADGE #1108114,

    Defendants.
    _____/

## ORDER OF DISMISSAL

This cause is before the Court on the defendants', Honorable Judge Gilbert Smith, Jr., John M. Bryne, Assistant State Attorney, and Jessica Casciola, Public Defender, motion to dismiss with prejudice (Doc. 24); defendants', Deputy Thomas Franklin and Deputy Benjamin Gondeck, motion to dismiss (Doc. 26); and the response thereto (Docs. 27 and 28).

The plaintiff's amended complaint claims assert claims against all the defendants, the State Defendants, related to her arrest in Bradenton, Florida, which she claims resulted in being Baker Acted, followed by arrest on felony child neglect charges. The motion to dismiss (Doc. 24) summarizes the allegations of the amended complaint, as follows:

Plaintiff alleges that she was falsely arrested and improperly Baker Acted based upon

statements that she made to Deputy Thomas Franklin. [Doc. 6, p. 3,6]; Plaintiff claims that Assistant State Attorney Bryne filed a false information against Plaintiff. [Doc.6, p. 3]. Plaintiff states that Honorable Judge Smith violated Plaintiff's constitutional right to a fair and impartial judicial proceeding by failing to disqualify himself after Plaintiff learned that he had sworn in the new chief of police for the Palmetto Police Department. [Doc. 6, p. 2-3, 8]. As to her court-appointed attorney, Plaintiff claims that Assistant Public Defender Cacciola did or said nothing in defense of Plaintiff and failed to report a violation of the rules of judicial and professional conduct. [Doc. 6, p. 3,9].

Additionally, the plaintiff alleges that Deputy Gondeck "made false statements on the initiation report to have plaintiff illegally Baker Act [sic] and submitted the initiation report along with the affidavit to have plaintiff arrested." [Doc. 6, p. 4].

The State Defendants move for dismissal of the amended complaint on several basis. As to the first, failure to comply with the Federal Rules of Civil Procedure, the Court agrees with the motions. The amended complaint is "disorganized, vague, ambiguous." The amended complaint could be dismissed on this factor by itself. However, the Court also finds the motions to dismiss set forth well-taken argument as to Qualified Immunity, Eleventh Amendment Immunity; Judicial Immunity; Prosecutorial Immunity; and Public Defender Immunity; and the Younger abstention doctrine. Dismissal under these assertions will result in dismissal with prejudice. The Court adopts those arguments by reference. Accordingly, it is

**ORDERED** that the motions to dismiss (Docs. 24 and 26) be **granted** and this cause

of action be dismissed with prejudice.  The Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of November, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record